No. 10–10226.  WILLIAMS *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–10243.  BREWINGTON *v.* WALSH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–10276.  OCON-PARADA, AKA OCAN-PARADA *v.* YOUNG, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 10–10280.  SWIERZBINSKI *v.* HOLDER, ATTORNEY GEN-ERAL.  C. A. 10th Cir.  Certiorari denied.

No. 10–10296.  SHEEHAN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 10–10300.  HUGHES *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 10–10313.  BROWN *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 10–10317.  ORTEGA *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–10318.  DISTANCE *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 10–10319.  EVANS *v.* UNITED STATES.  C. A. 4th Cir.  Cer-tiorari denied.

No. 10–10320.  RICHARDSON *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 10–10323.  SMITH *v.* UNITED STATES.  C. A. 4th Cir.  Cer-tiorari denied.

No. 10–10324.  CAWTHON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 10–10329.  KRAMER *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.